

HORVITZ & LEVY LLP
15760 VENTURA BOULEVARD
18TH FLOOR
ENCINO, CALIFORNIA 91436-3000
T 818 995 0800
F 818 995 3157
WWW.HORVITZLEVY.COM

April 10, 2013

Molly Dwyer
Clerk of the Court
United States Court of Appeals
 for the Ninth Circuit
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

    Re:    ***Omega S.A. v. Costco Wholesale Corporation***
               Ninth Circuit No. 11-57137

Dear Ms. Dwyer:

    This letter responds to Costco Wholesale Corporation's March 29, 2013 letter regarding *Kirtsaeng v. John Wiley & Sons, Inc.*, 81 U.S.L.W. 4167 (U.S. Mar. 19, 2013) (No. 11-697).

    Omega agrees with Costco that nothing about *Kirtsaeng* "is at issue in Omega's current appeal."

    Although Costco acknowledges that *Kirtsaeng* has no bearing on the resolution of this appeal, Costco nevertheless says in passing that *Kirtsaeng* "overrules this Court's" prior decision in *Omega S.A. v. Costco Wholesale Corp.*, 541 F.3d 982 (9th Cir. 2008). But whatever *Kirtsaeng*'s impact may be on cases *other than this one*, *Kirtsaeng* has no impact on this Court's prior determination that "the first sale doctrine is unavailable as a defense to Omega's claims" *in this case*. *Id*. at 983. An equally divided Supreme Court affirmed that judgment. *Costco Wholesale Corp. v. Omega, S.A.*, 131 S.Ct. 565 (2010). It is well-settled that when such a Court of Appeals judgment is affirmed by an equally divided Supreme Court, the judgment is not "authority for other cases of like character[] [b]ut the judgment is *conclusive and binding in every respect upon the parties as if rendered upon the concurrence of all the judges upon every question involved in the case.*" *Durant v. Essex Co.*, 74 U.S. 107, 113 (1868) (emphases added); *accord United States v. Pink*, 315 U.S. 203, 216 (1942) (affirmance by equally divided Supreme Court renders Court of Appeals' judgment

Molly Dwyer
Clerk of the Court
April 10, 2013
Page 2


"conclusive and binding upon the parties *as respects that controversy*" (emphasis added)).

                                        Respectfully submitted,

                                        **HORVITZ & LEVY LLP**
                                          Barry R. Levy
                                          John A. Taylor
                                          Felix Shafir
                                        **COLLEN IP**
                                          Jess M. Collen
                                          Thomas P. Gulick

                                        By:      s/ Barry R. Levy

                                        Attorneys for Plaintiff and Appellant
                                        **OMEGA S.A.**

BRL:rfw
(See attached Certificate of Service.)

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.


Signature: s/ Robyn F. Whelan